```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Dorothy Collins

    **v.**                                        Case No. 08-cv-191-PB

United States of America

### O R D E R

    **Re:**   Document No. 1, Motion to Vacate, Set Aside
          or Correct Sentence under § 2255

    **Ruling:**  The clerk shall set the matter down for a hearing. By raising an ineffective assistance of counsel claim, the defendant has waived the attorney-client privilege to the extent necessary to permit to government to respond to the claim.

                                           /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           District Judge

December 1, 2008

cc:  Stanley Norkunas, Esq.
     Aixa Maldonado-Quinones, Esq.